# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES ANTHONY SKAGGS,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 82812

CHARLES ANTHONY SKAGGS,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 82813 ✓

FILED

MAY 11 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from district court orders denying motions for discovery. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for discovery in a criminal matter, this court lacks jurisdiction to consider these appeals. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS these appeals DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

Supreme Court
of
Nevada

(O) 1947A

21-13455

cc: Hon. Scott N. Freeman, District Judge
Charles Anthony Skaggs
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

Supreme Court
of
Nevada

(O) 1947A